Steven James Turbeville
(Name)

415 Straight Creek Rd.
(Address)

New Tazewell TN 37825
(City, State, Zip)

10069
(CDCR / Booking / BOP No.)

FILED
2018 FEB 13 P 12:12
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

# United States District Court
~~Southern District of California~~

Steven James Turbeville,
(Enter full name of plaintiff in this action.)

        Plaintiff,

v.

Jeremy O. Myers,
Tazewell Police Dept.,
Marisa Anders,
Claiborne Progress News,
(Enter full name of each defendant in this action.)

        Defendant(s).

Civil Case No. 3:18-mc-9
(To be supplied by Court Clerk)

Reeves/Guyton

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. **Plaintiff**: This complaint alleges that the civil rights of Plaintiff, Steven James Turbeville
(print Plaintiff's name)
_____, who presently resides at 415 Straight Creek Rd.,
(mailing address or place of confinement)
New Tazewell TN. 37825 _____, were violated by the actions of
the below named individuals. The actions were directed against Plaintiff at Tazewell
TN./Claiborne Co Jail on (dates) 11/8/17, 11/8/17, and 11/8/17.
(institution/place where violation occurred)   (Count 1)   (Count 2)   (Count 3)

§ 1983 SD Form
Rev. 8/15

2. <u>Defendants:</u> (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>Jeremy D. Myers</u> resides in <u>Claiborne county TN</u>,
(name) (County of residence)
and is employed as a <u>Dective Lt.</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: <u>I was Arested by Jeremy D. Myers</u>
<u>in Tazewell TN. When he made false statements</u>
<u>to The Claiborne Progress that I was on the run from Homicide</u>

Defendant <u>Marisa Anders</u> resides in <u>Claiborne county TN.</u>,
(name) (County of residence)
and is employed as a <u>Reporter</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: <u>Marisa Anders Published a story in</u>
<u>the Claiborne Progress, stateing that I was a</u>
<u>Homicide Suspect on the run from GA which is false.</u>

Defendant _____ resides in _____,
(name) (County of residence)
and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _____

Defendant _____ resides in _____,
(name) (County of residence)
and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _____

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Defamation of charicter, Liable, The pursuit of happiness, Abuse of Authority, Public Slander
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On November 8 2017 I was arrested By Lt. Jeremy D. Myers. After I was Arrested and in Jail, Lt. Myers Reported to Marisa Anders at the Claiborne Progress that I was a "wanted Homicide Suspect" I have Never been Charged with or wanted for Homicide.

Count 2: The following civil right has been violated: __Liable, Defamation of Charicter, the Pursuit of life and happiness, Slander, Public Slander__
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

On Wedensday November 8, 2017 at 8:50 pm Marisa Anders of the Claiborne Progress, Printed a story stating that I was a "homicide Suspect from GA" and I was a "Homicide Suspect with an extensive criminal history" I have never been and am not a Homicide Suspect. Nobody at the Newspaper thought to see if the statement by Jeremy D. Myers was true and correct.

Count 3: The following civil right has been violated: liable, Defamation of Character, life and the pursuit of happiness, public slander, Abuse of Authority
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

On Nov 8 2017, The Tazewell police dept. put a post on facebook claiming that I was a murder suspect on the run from GA, which is completely false. I have never been a murder suspect nor was I on the run from GA as a wanted murderer

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☑ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____
_____.

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____.

(d) Issues raised: _____
_____
_____
_____
_____.

(e) Approximate date case was filed: _____.

(f) Approximate date of disposition: _____.

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☑ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

There is no other relif that I am aware of for this situation.

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

    1. An injunction preventing defendant(s): maliously Prosecuting me or Printing any more stories that are false about me in any social media or other Publications.

    2. Damages in the sum of $ 100,000.00 .

    3. Punitive damages in the sum of $ 1,000,000.00 .

    4. Other: _____

### F. Demand for Jury Trial

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

1/31/2018
Date

_/s/ [signature]_
Signature of Plaintiff

Steve Turberville 10060
415 Straight creek rd
New tazewell TN. 37825

RECEIVED
FEB 13 2018
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Clerk of US district court
800 market street, suite 130
~~[scribbled out]~~
Knoxville TN 37902

